# FIFTH DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

Case No. 5D23-1915
LT Case No. 2007-CF-000022
_____

MICHAEL R. EVERETT,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

3.850 appeal from the Circuit Court for Flagler County.
Terence R. Perkins, Judge.

Michael R. Everett, Daytona Beach, pro se.

Ashley Moody, Attorney General, Tallahassee, and Kristen L. Davenport, Assistant Attorney General, Daytona Beach, for Appellee.

December 5, 2023

PER CURIAM.

AFFIRMED.

LAMBERT, SOUD, and MACIVER, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____